UNITED STATES of America, Plaintiff–Appellee,

v.

Azell James MACON, Defendant–Appellant.

No. 08–15354
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 16, 2009.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Leonard Evans Clark, James W. Smith, III, Office of the Federal Public Defender, Tampa, FL, for Defendant–Appellant.

---

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Azell James Macon, in this appeal from the denial of relief under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In a *pro se* response to counsel's motion, Macon has moved for appointment of counsel. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** the denial of Macon's § 3582(c)(2) motion is **AFFIRMED,** and Macon's motion for appointment of new counsel is **DENIED** as moot.